UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22217-WILLIAMS/REID

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.

**REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS**

This matter is before the Court on Plaintiff ZURU Inc.'s Motion for Preliminary Injunction [ECF No. 8], filed under 15 U.S.C. § 1116, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a) against Defendants identified on Schedule "A" as 1 to 25, 27 to 31, 34 to 44, 46 to 48, 50, 52 to 55, 57 to 62, 64 to 72, 74 to 79, 81 to 84, 87 to 98, 100 to 102, 104, 109 to 113, 115, 116, 120, 121, 123 to 128, and 131, also listed in Exhibit 1 below. ("Defendants").

The Court has carefully considered the Motion, the record, and the governing law. For the reasons stated below, it is **RECOMMENDED** that [ECF No. 8] Plaintiff's Motion for Preliminary Injunction be **GRANTED**.

**BACKGROUND**

On June 28, 2023, U.S. District Court Judge Kathleen M. Williams affirmed and adopted this Court's Report and Recommendation issued at ECF No. 14, thus entering a temporary restraining order and an order restraining the financial accounts used by Defendants ("TRO").

[ECF No. 15]. The TRO set a hearing on the Plaintiff's Motion for Preliminary Injunction (the "Motion") for July 12, 2023. The hearing was continued to July 26, 2023 to allow Defendants to be served and to file a response to the Motion. [ECF No. 22].

Before the hearing on the Motion for Preliminary Injunction, Plaintiff filed Proofs of Service on the Defendants[1] pursuant to the Court's Order Authorizing Alternate Service of Process entered on June 29, 2023. Plaintiff's proofs of service confirmed that the Plaintiff served process on the Defendants by emailing these Defendants the text of the summons issued in this action and the link http://www.sriplaw.com/notice where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service. A preliminary injunction hearing was conducted on July 26, 2023, but no one appeared on behalf of the Defendants.

After reviewing the record and evidence in this case, the Court concludes there is personal jurisdiction over the Defendants because they were served with process pursuant to this Court's order authorizing alternative service. The Court also finds that these Defendants directly target their business activities toward consumers in the United States, including Florida. Further, the Defendants are reaching out to do business with Florida residents by operating one or more commercial, interactive internet stores on internet marketplaces where Florida residents can purchase products bearing infringing and/or counterfeit trademarks belonging to the Plaintiff.

For these reasons, the Court recommends that the temporary restraints previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted

---

[1] ECF Nos. 27, 28, 29, and 30.

in support of this Motion and in support of Plaintiff's earlier Motion for a Temporary Restraining Order establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

The Court finds that Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, or colorable imitations of the products using the BUNCH O BALLOONS, BUNCHO and FILL AND TIE UP TO 100 WATER BALLOONS IN 60 SECONDS! (collectively the "BoB Marks") registered in International Class 28 for "water balloons" and "toys, namely, collectible toy figures in the nature of plastic character toys and plush toys; toy models; toy figures; molded plastic toy figurines in the nature of toy animal figurines; character toys, namely, fantasy character toys and plastic character toy monsters; toy vehicles; outfits for toys, namely, articles of clothing for toys; collector cases for toys, namely, cases for action figures; clothes for toys, namely, articles of clothing for toys; glasses for toys, namely, articles of clothing for toys; toy furniture; toy food, namely, modeled plastic toy figurines; toy weapons in the nature of toy guns and toy pistol; Games, namely, board games, card games, and arcade games; Playthings, namely, toy scooters and bean bag toy animals; toys comprising and including fluid fillable containers, namely, balloons; amusements and novelties, namely, paper party favors and fake teeth; play equipment, namely, jungle gyms, and toy action figures and accessories therefor; play sets for action figures", on the Principal Register of the United States Patent and Trademark Office and shown in the table below:

| Mark | U.S. Reg. No. | IC | First Use/ First Use in Commerce | Registration Date | Exhibit |
|---|---|---|---|---|---|
| BUNCH O BALLOONS | 4709630 | 28 | 8/30/2014 | 3/24/2015 | 1A |
| BUNCHO | 6086014 | 28 | 8/30/2014 | 6/23/2020 | 1B |

| Mark | U.S. Reg. No. | IC | First Use/ First Use in Commerce | Registration Date | Exhibit |
|---|---|---|---|---|---|
| FILL AND TIE UP TO 100 WATER BALLOONS IN 60 SECONDS! | 4928737 | 28 | 1/15/2015 | 3/29/2016 | 1C |

The potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to plaintiff, its reputation, and its goodwill as a manufacturer and distributor of quality products, if such relief is not issued. The public interest favors issuance of the temporary restraining order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

Further, under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing counterfeits and infringements of Plaintiff's trademarks. *See Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995); *Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992).

Considering the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless the restraint of those assets ordered in the TRO is continued.

Accordingly, the Court having considered the motion and having found good cause, it is **RECOMMENDED** that the motion be **GRANTED** and a preliminary injunction entered against Defendants numbered 1 to 25, 27 to 31, 34 to 44, 46 to 48, 50, 52 to 55, 57 to 62, 64 to 72, 74 to

79, 81 to 84, 87 to 98, 100 to 102, 104, 109 to 113, 115, 116, 120, 121, 123 to 128, and 131 as follows:

## **PRELIMINARY INJUNCTION**

1.  Each defendant listed on Exhibit 1 attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Order are hereby restrained and enjoined during the pendency of this case:

    a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the BoB Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by plaintiff; and

    b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the Mark, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the BoB Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any defendant, including, but not limited to, any assets held by or on behalf of any defendant;

2.  Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use

of the BoB Marks, or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This order is limited to the defendants' listings using the BoB Marks, or any confusingly similar trademarks, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the defendants' entire e-commerce stores.

3. Each defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use of the BoB Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

4. Each defendant shall not transfer ownership of the Seller IDs during the pendency of this action, or until further order of the Court.

5. Each defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6. Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, AliPay,

Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), or PingPong Global Solutions Inc. ("PingPong"), Stripe, Inc. and/or Stripe Payments Company ("Stripe"), and their related companies and affiliates shall continue the restraints imposed under the TRO until further Order of this Court and, to the extent not already done, (i) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; (ii) divert those restrained funds to a holding account for the trust of the Court.; (iii) identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the Seller IDs, store numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" to the Complaint and Exhibit 1 attached hereto, as well as any other accounts of the same customer(s); (iv) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order;

7.  Upon receipt of notice of this Preliminary Injunction, defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, including but not limited to, AliExpress, Amazon, PayPal, Payoneer, PingPong, Stripe, and their related companies and affiliates, shall to the extent not already done, provide plaintiff's counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; (iii) the historical sales for the defendants' listings that are alleged to infringe plaintiff's trademarks; and (iv) the true identities along with complete contact information including email addresses of all defendants.

8. The funds restrained by this Preliminary Injunction shall not be transferred or surrendered by any defendant, financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliPay, Amazon, PayPal, Payoneer, PingPong, Stripe, and their related companies and affiliates for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

9. No defendant whose funds are restrained by this Preliminary Injunction may transfer said funds in possession of any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, AliPay, Amazon, PayPal, Payoneer, PingPong, Stripe, and their related companies and affiliates restrained by this Order to any other financial institution, payment processor, bank, escrow service, money transmitter or marketplace website without the express authorization of this Court.

10. Any defendant or financial institution account holder subject to this Preliminary Injunction may petition the Court to modify the asset restraint set out in this Order.

11. This Order shall apply only to the Seller IDs listed on Schedule "A" to the Complaint and Exhibit 1 attached hereto, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, websites, or financial accounts which are being used by defendants for the purpose of counterfeiting the BoB Marks and/or unfairly competing with Plaintiff.

12. This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Preliminary Injunction upon notice to plaintiff pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida.

**BOND**

13. The Court finds that the bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) posted by Plaintiff as evidenced by the Notice of Filing Bond [ECF No. 18] is sufficient and shall remain with the Court until a final disposition or until this Preliminary Injunction is dissolved or terminated.

**OBJECTIONS**

Objections to this Report may be filed with the district judge within **SEVEN** (7) days of receipt of a copy of the Report. Failure to timely file objections will bar a *de novo* determination by the district judge of anything in this Report and shall constitute a waiver of a party's "right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 26th day of July 2023.

_____
LISSETTE M. REID
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

| Doe Number | Marketplace | Merchant Name | Seller ID |
|---|---|---|---|
| 1 | Aliexpress | Shop5077189 Store | 3256802911205342 |
| 2 | Aliexpress | Shop4886009 Store | 2255801030876290 |
| 3 | Aliexpress | Glitter Cardstock Crafts Store | 3256804489186686 |
| 4 | Aliexpress | Joy-Toys Dropshipping Store | 3256804247231173 |
| 5 | Aliexpress | Xiyou Party Supply Store Store | 3256804195499167 |
| 6 | Aliexpress | CEAKJ Festival Decoration Store | 3256804336497840 |
| 7 | Aliexpress | Shop1102134764 Store | 3256804691729105 |
| 8 | Aliexpress | good supplier Store | 3256804406281760 |
| 9 | Aliexpress | Nansheng Workshop Store | 3256804994044758 |
| 10 | Aliexpress | OLOEY POP Store | 3256804339750130 |
| 11 | Aliexpress | Shop910716127 Store | 3256804219812125 |
| 12 | Aliexpress | QINGQIU Toys Store | 3256805054638876 |
| 13 | Aliexpress | Children Plush Toys Store | 3256805065652355 |
| 14 | Aliexpress | Adult Life ww Store | 3256805030915626 |
| 15 | Aliexpress | Shop912517005 Store | 3256805031079462 |
| 16 | Aliexpress | Dear Baby Store Store | 3256805074567639 |
| 17 | Aliexpress | Pixel VV Store | 1005004990799361 |
| 18 | Aliexpress | H Brain Game Store | 3256805063580812 |
| 19 | Aliexpress | Shop1102141071 Store | 3256804451121990 |
| 20 | Aliexpress | Shop1102251188 Store | 3256804455265553 |
| 21 | Aliexpress | MaiMai Home Store | 3256804234895620 |
| 22 | Aliexpress | Bear Dollhouse Store | 3256805157535864 |
| 23 | Aliexpress | Amoy Baby-YISA Store | 3256805170877244 |
| 24 | Amazon | A&M-Dealz | AOVALJWR9PVRK |
| 25 | Amazon | ABBOSS | A10YSG08L7V8OL |
| 27 | Amazon | ailimi US | AKXSDYDWSW8EE |
| 28 | Amazon | AZfromFLF | A3PZ0O7DZ0T75M |
| 29 | Amazon | BalloonsPro | A2M1ZJ0LUEVU7F |
| 30 | Amazon | BasitStore | APXSG7SK5AOL |
| 31 | Amazon | BestLinkDeals | A36N2ISSQZ1IET |
| 34 | Amazon | celanshop | A1IWR82GLMUHA7 |
| 35 | Amazon | chengduzhifeiroudianzishangwuyouxiangongsi | A1EVDD4HXZUETZ |
| 36 | Amazon | Choctaw National Company | A1R4Q4O61SVTKK |
| 37 | Amazon | Decade1 | A35J59MTYSFBY3 |
| 38 | Amazon | Department Store in Dezhen | A19ZF48NIAHL4C |
| 39 | Amazon | Dexiang2022 | A2ERUV6KYMT3G0 |
| 40 | Amazon | DEZHIMY | A1B24PEC6X3G77 |

| 41 | Amazon | Enjoy freedom. | A1PGOYMORDW49P |
|---|---|---|---|
| 42 | Amazon | Era Brilliant | A3NS0USPFR6H2H |
| 43 | Amazon | funnyIslands | A394YT02FUWQAV |
| 44 | Amazon | Fuxinda Store | A2VTCDJXPSG1KZ |
| 46 | Amazon | Granny's Creative Designs | A2JQVE351NXKKQ |
| 47 | Amazon | guigangshigangbeiquhangxiangshangmaojingyingbu | A1TGFSEX1XIEEN |
| 48 | Amazon | guiyang store | A2GZPZWO7S7EWB |
| 50 | Amazon | homezone-zy | A16WEZY6PMJTOQ |
| 52 | Amazon | IUSA Direct | AUBXY44Z667C9 |
| 53 | Amazon | JEEMEP | A1IEHKZPUPUHXP |
| 54 | Amazon | LEXILEXI | A1FTL5IF0WWZBT |
| 55 | Amazon | LiLianshangmao | A1OLAHMSI585CG |
| 57 | Amazon | Logistics 7-15 Days | A2Z6SPDTYOBCKD |
| 58 | Amazon | Loskv | AYENM0DOG7M6J |
| 59 | Amazon | Lucky Shop（7-20 days to receive） | AHDVJNGHG9PGL |
| 60 | Amazon | Madonmay | ABP7PQ91XJ2A9 |
| 61 | Amazon | MEIYING Department Store | A2NX5Z5O2YHM95 |
| 62 | Amazon | Meozzar | A37K0HQ8DB1FVU |
| 64 | Amazon | Mkuang | A24SPZ4T9UFWXS |
| 65 | Amazon | oidhche | A31GIY9TAB6Q2J |
| 66 | Amazon | Pangjiang | A2HCRKCYZIC887 |
| 67 | Amazon | PJVZ | A3J8BSYMXA52CV |
| 68 | Amazon | Qun Store | A9YPCS92ANECB |
| 69 | Amazon | SHI YU | A2KW0E9C8RQQRX |
| 70 | Amazon | SJ.Shop | A103AB4AGZG4OF |
| 71 | Amazon | TAISLAI | A128HUOX8AOJQU |
| 72 | Amazon | TaiVida | A14LIUNJC8CU64 |
| 74 | Amazon | Tinny-us | AZKQN8ET6BQ68 |
| 75 | Amazon | UPOTOYS | A3DRJ4Y3WE9P11 |
| 76 | Amazon | Vinylformance | A13ANU6CRSOBGY |
| 77 | Amazon | W　ALLIN | A138PZCIPSGBNT |
| 78 | Amazon | WELL SUIT INDUSTRIES COMPANY LIMITED | A26R7748R9H6H1 |
| 79 | Amazon | Wild Woodland | AG79BVNYU109V |
| 81 | Amazon | XINTELI | A19QZKK7KESDWN |
| 82 | Amazon | Yamiwei | AT7KU3YZVJXFQ |
| 83 | Amazon | ZYFZ-XCL | A2WZ3ADP3TMAFF |
| 84 | Amazon | 圣欣雨 | A2RUI9FO2Q9ULS |
| 87 | Amazon | KTDDTK \| anhuixiayingmaoyiyouxiangongsi | AAXU8P8MG9171 |
| 88 | Amazon | baigouxinchengpinchanriyongbaihuoshanghang | A2WO2H8SFMPYBD |
| 89 | Amazon | Madi shop | A1NBWP5WTLAEX6 |
| 90 | Amazon | Frshopcom \| bingru xue | A2P219MMS500G7 |

| | | | |
|---|---|---|---|
| 91 | Amazon | YSCENL |CHEN MIN | A2LYY9V1JKUOOV |
| 92 | Amazon | Ndgdjs | ChengDuFuLiTuShangMaoBu | A3AOSFFD43ESER |
| 93 | Amazon | CIBEL | CIBEL SUMINISTROS Y LOGISTICA | A19C6AAYSSF61X |
| 94 | Amazon | sumianmaoyi | danchengxianhexiangliaolicanyindian | AM6780P470F5D |
| 95 | Amazon | Zhoukundqwedqwd | Dongfangshikunloushangmaoyouxiangongsi | A2UN5J6BMK6KZ0 |
| 96 | Amazon | WenWink | dongguanshishengyuwangluokejiyouxiangongsi | A3A3F9ZF4DA2YU |
| 97 | Amazon | Hapther | dongtaiyezhifengzhuangshiyouxiangongsi | ALNCDLRK8Z7L8 |
| 98 | Amazon | 小茶杂货铺 | ganzhoushuangfengyintangmaoyiyouxiangongsi | A20TN17LT9NGS |
| 100 | Amazon | Vinsingo | guangzhouxinwanshangmaoyouxiangongsi | A27AZVBF7H8PO6 |
| 101 | Amazon | Megan_Jiang | haikoushihuiyixuanbaihuoshanghang-gerenduzi | A2M9TRJ2RE7K8Z |
| 102 | Amazon | QDTee | Hainan Gengdie Building Materials Co.,Ltd | A2C21P2CX5ZDBG |
| 104 | Amazon | Nuovonsion | Henan xiantingshiye Co., Ltd. | A3BS42HAOMWE9P |
| 109 | Amazon | muyunwangluokeji | Luyixian Muyun Wangluokeji Youxiangongsi | A1EFFG476QT2T4 |
| 110 | Amazon | Lexinan | luyixianyianbaihuodian | A138JV9CP90T1D |
| 111 | Amazon | yilufa shangpu | lvliangshilishiqujingchengbaihuopifabu | A2ZEJO7JK9ULC1 |
| 112 | Amazon | zhijiangshimiaochengshangmaoyouxiangongsi | male | A2W1E5P1QG4PVZ |
| 113 | Amazon | A'MIG | Minh Van Nguyen | ASHIM926856K2 |
| 115 | Amazon | Narwin Zone | Narwin Ahmadi | A2IK5F5QZFJ90W |
| 116 | Amazon | Thumb Up Trading | Piyachat Chuayplod | A2P1WQAIBAZO6T |
| 120 | Amazon | QYEURHome | shen zhen shi qian yi wang luo ke ji you xian gong | A1RWX4VS5H3OC7 |
| 121 | Amazon | wuzhixian | taianxisiranmaoyiyouxiangongsi | A3CNKND8W1DZTQ |
| 123 | Amazon | Xppower | tongchengkemeiyifuzhuangdian | AOQZXD8XUS632 |
| 124 | Amazon | LuLiuGongSi | xiangchengshiluliushangmaoyouxiangongsi | A2E9QCCJR99PJY |
| 125 | Amazon | moufier | Yangjiang Jiangcheng Lintai Daily Products Co., Ltd. | A26EB2NBOJIQ26 |
| 126 | Amazon | ANNAMILADirect | yi wu shi shuang kai mao yi you xian gong si | A1D8C7ADQH77I0 |
| 127 | Amazon | LIBRNTY | yingkoulongzhoushangmaoyouxiangongsi | A52T54VP78HTQ |
| 128 | Amazon | yingtanshiyujiangqusidibaihuodian | A34IVL8WDI2ISL |
| 130 | Amazon | Bsadjioqa | yunxiaoxianyingyibaihuodian | A338TEF7J77YF9 |
| 131 | Amazon | GeekNi | YuXiShangMaoShenZhenJiTuanYouXianGongSi | A2HTU7AVT58W7N |