UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22217-CV-WILLIAMS

ZURU INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("***Report***") (DE 34) on the Motion for Entry of a Preliminary Injunction (DE 8) ("***Motion***") filed by Plaintiff. No objections were filed to the Report, which recommends the Court grant Plaintiff's Motion against Defendants identified on Schedule "A" as 1 to 25, 27 to 31, 34 to 44, 46 to 48, 50, 52 to 55, 57 to 62, 64 to 72, 74 to 79, 81 to 84, 87 to 98, 100 to 102, 104, 109 to 113, 115, 116, 120, 121, 123 to 128, 130[1] and

---

[1] The Report states: "This matter is before the Court on Plaintiff ZURU Inc.'s Motion for Preliminary Injunction . . . against Defendants identified on Schedule "A" as 1 to 25, 27 to 31, 34 to 44, 46 to 48, 50, 52 to 55, 57 to 62, 64 to 72, 74 to 79, 81 to 84, 87 to 98, 100 to 102, 104, 109 to 113, 115, 116, 120, 121, 123 to 128, and 131, **also listed in Exhibit 1 below**." (DE 34 at 1 (emphasis added).) While the written list fails to include Defendant 130, Exhibit 1 affixed to the Report lists Defendant 130 as a party against whom the preliminary injunction should be entered. Given that the text of the Report (*i.e.*, the language, "also listed in Exhibit 1 below") implies that the written list should be the same as the list contained in Exhibit 1, the Court disregards the Report's scrivener's error and grants the preliminary injunction against all Defendants remaining in this matter, including Defendant 130.

131. (DE 34 at 1.) Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 34) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Entry of a Preliminary Injunction (DE 8) is **GRANTED**, a preliminary injunction is entered in accordance with the terms of the Report, and Plaintiff is required to comply with all recommendations set forth in the Report; and

2. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated to by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3rd day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE