**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-22217-CV-WILLIAMS**

ZURU INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 61) ("***Report***") on Plaintiff ZURU Inc.'s Motion for Entry of Final Default Judgment (DE 57) ("***Motion***") against Defendants listed in Schedule A to the Complaint numbered 1 to 23, 25, 27 to 30, 34 to 36, 38 to 44, 47, 53 to 55, 59 to 62, 64 to 66, 68, 70, 74, 76 to 78, 83, 84, 87 to 90, 92, 94 to 98, 100, 101, 104, 110 to 113, 115, 116, 121, 123, 126, 128, 130 and 131 ("***Defaulting Defendants***").[1] In the Report, Judge Reid recommends that the Motion be **GRANTED**. (DE 61 at 1.)

Specifically, Judge Reid recommends that (i) Plaintiff's Motion for Final Default Judgment (DE 57) be granted, and a permanent injunction be entered against Defendants; and (ii) Plaintiff's request for statutory damages be granted and Plaintiff be awarded a total of $100,000 in statutory damages against each Defaulting Defendant.

---

[1] Plaintiff's Motion (DE 57) includes Defendants Nos. 31 and 120 listed in Schedule A. However, Defendant No. 31 was voluntarily dismissed from this action on April 12, 2024 (DE 62) and Defendant No. 120 was voluntarily dismissed on January 10, 2024 (DE 59). Accordingly, the Court excludes these Defendants from this Order.

(DE 61 at 10, 12.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1.  Judge Reid's Report (DE 61) is **AFFIRMED AND ADOPTED**.

2.  Plaintiff's Motion for Entry of Final Default Judgment (DE 57) ("***Motion***") against Defaulting Defendants is **GRANTED** and a permanent injunction is entered against Defaulting Defendants.

3.  Plaintiff's request for statutory damages is **GRANTED** and Plaintiff is awarded a total of $100,000 in statutory damages against each Defaulting Defendant.

4.  The Court will separately issue a default final judgment.

5.  This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>24th</u> day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE